IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
    v.                      :          Case No. **26-cr-24**
                            :
**AVTANDIL KALANDADZE**,    :
    Defendant.              :

### UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America respectfully requests that this Court enter a protective order concerning the production of sensitive, unclassified discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 */s/ Jonathan R. Hornok*
JONATHAN R. HORNOK
Assistant United States Attorney
Texas Bar No. 24130828
601 D Street, N.W., Room 5.224
Washington, D.C. 20004
202.815.9015
Jonathan.Hornok@usdoj.gov

Page 1 of 1