**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 26-cr-24** |
| | : | |
| **AVTANDIL KALANDADZE,** | : | |
|     **Defendant.** | : | |

## ORDER

This matter comes before the Court upon the Government's Motion to Unseal Complaint, Supporting Affidavit, Motion to Seal and Order to Seal in the above-captioned case. For the reasons stated therein, it is this _____ day of June, 2026, hereby

ORDERED that the Government's motion is hereby GRANTED; and it is further

ORDERED that the criminal complaint, supporting affidavit, motion to seal and order on motion to seal (Dkt. Nos. 1, 4, & 6) shall be unsealed forthwith.

Dated:

_____
BERYL A. HOWELL
SENIOR DISTRIST COURT JUDGE

1